IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-0073-5** |
| **v.** | : | |
| **JONATHAN LEE CABALLERO** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 21st day of February, 2017, **IT IS HEREBY OREDERED** that the motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**. Any appeal from this order is deemed to be frivolous and not taken in good faith. The clerk of court shall close this file.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge