IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-073** |
| **v.** | : | |
| **JONATHAN LEE CABALLERO** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The motion filed pursuant to Fed. R. Civ. P. 60(b)(6) is **DENIED**.

2) The court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum of law and further because any appeal would be frivolous.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: January 31, 2019